

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | |
| | * | CIVIL ACTION |
| versus | * | |
| | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, | * | |
| CARRERE & DENEGRE, L.L.P., ANDREW | * | SECTION "D" |
| R. LEE, ESQ., THOMAS C. KELLER, ESQ., | * | |
| JOHN DOE, JANE DOE, and ABC INSURANCE | * | MAGISTRATE 5 |
| COMPANY | * | |

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, come Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., Andrew R. Lee, Esq., and Thomas C. Keller, Esq., defendants herein, appearing solely for the purpose of securing an extension of time within which to file responsive pleadings with full reservation of all rights, and, upon representing to the Court that additional time is needed to investigate plaintiff's claims and prepare responsive pleadings, move the Court for an order granting such defendants an additional twenty (20) days within which to file

N0473318 1                    DATE OF ENTRY  FEB 1 8 2000

responsive pleadings. The extension requested is the first extension requested by defendants, and there is no objection in the record.

Respectfully submitted,

_____
H. Mark Adams, T.A. (#02318)
Jennifer L. Anderson (#23620)
**Jones, Walker, Waechter, Poitevent,
   Carrere & Denegre, L.L.P.**
201 St. Charles Avenue, 50th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States mail, postage prepaid and properly addressed this 17th day of February, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | |
| | * | CIVIL ACTION |
| versus | * | |
| | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, | * | |
| CARRERE & DENEGRE, L.L.P., ANDREW | * | SECTION "D" |
| R. LEE, ESQ., THOMAS C. KELLER, ESQ., | * | |
| JOHN DOE, JANE DOE, and ABC INSURANCE | * | MAGISTRATE 5 |
| COMPANY | * | |

## ORDER

**IT IS ORDERED** that defendants, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., Andrew R. Lee, Esq., and Thomas C. Keller, Esq., be and hereby are granted an additional twenty (20) days within which to file responsive pleadings herein.

New Orleans, Louisiana, this 17 day of F-1/ , 2000

_____
UNITED STATES DISTRICT COURT JUDGE

N0473318.1