FILED
U.S. DISTRICT COURT
2000 FEB 25 P 4: 36
C. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | |
| | * | CIVIL ACTION |
| versus | * | |
| | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, | * | |
| CARRERE & DENEGRE, L.L.P., ANDREW | * | SECTION "D" |
| R. LEE, ESQ., THOMAS C. KELLER, ESQ., | * | |
| JOHN DOE, JANE DOE, and ABC INSURANCE | * | MAGISTRATE 5 |
| COMPANY | * | |

**MOTION TO CONTINUE HEARING AND
DEADLINE FOR FILING OPPOSITION**

Now into Court, through undersigned counsel, come Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., Andrew R. Lee, Esq., and Thomas C. Keller, Esq., defendants, who request that this Court continue the hearing on plaintiff's Motion for Remand to State Court from March 8 to the next available hearing date, March 22, 2000, because plaintiff has failed to comply with Local Rule 7.2E and Federal Rule of Civil Procedure 5, as detailed in the accompanying

N0476984 1

DATE OF ENTRY ___FEB 29 2000___

Fee___
Process___
X Dktd___
___CtRmDep___
Doc.No.___

memorandum. Defendants' efforts to contact plaintiff's counsel for his consent to the requested continuance have been unsuccessful as of the filing of this motion.

>Respectfully Submitted:

>*Jennifer L. Anderson*
>H. Mark Adams, T.A. (La. Bar No. 02318)
>Jennifer L. Anderson (La. Bar No. 23620)
>**Jones, Walker, Waechter, Poitevent,**
>  **Carrere & Denegre, L.L.P.**
>201 St. Charles Avenue, 50th Floor
>New Orleans, Louisiana 70170-5100
>Telephone: (504) 582-8000
>Facsimile: (504) 582-8583
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile and by placing same in the United States mail, postage prepaid and properly addressed this 25th day of February, 2000.

*Jennifer L. Anderson*

N0476984 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | |
| | * | CIVIL ACTION |
| versus | * | |
| | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, | * | |
| CARRERE & DENEGRE, L.L.P., ANDREW | * | SECTION "D" |
| R. LEE, ESQ., THOMAS C. KELLER, ESQ., | * | |
| JOHN DOE, JANE DOE, and ABC INSURANCE | * | MAGISTRATE 5 |
| COMPANY | * | |

**ORDER**

Considering the Foregoing Motion:

**IT IS ORDERED** that the March 8 hearing regarding plaintiff's Motion for Remand to State Court be and hereby is continued until March 22, 2000, at 9:00 a.m., to be decided on the record and without oral argument unless otherwise ordered by the Court. Any opposition to the Motion for Remand to State Court is due on or before March 14, 2000.

New Orleans, Louisiana, this ___ day of _____, 2000

_____
UNITED STATES DISTRICT JUDGE

N0476984.1