FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR -6 A 9 41

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | CIVIL DOCKET |
| VS | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVANT, CARRERE & DENEGRE, L.L.P., ET AL | * | SECTION "D" (5) |

* * * * * * * * * * * * * * * *

**PETITIONER'S MOTION AND INCORPORATED MEMORANDUM TO CONTINUE TELEPHONIC PRELIMINARY CONFERENCE**

NOW INTO COURT, comes counsel for petitioner and moves this Court for an order continuing the preliminary conference presently scheduled for April 13, 2000, at 11:00 a.m., for the following reasons:

1. Prior to receiving the scheduling of the preliminary conference in this matter, undersigned counsel committed to a field trip with his 10 year old's class at Jean Gordon Elementary School.

2. Mover therefore requests that the preliminary hearing be rescheduled to another date convenient to the court.

Considering the foregoing,

IT IS HEREBY ORDERED that the telephonic preliminary conference currently scheduled for April 13, 2000, at 11:00 is hereby continued until the 18th day of April 2000, at 11:00 A m, for the following reasons:

1. Prior to receiving the scheduling of the preliminary conference in this matter, undersigned counsel committed to a

1

DATE OF ENTRY
APR 7 2000

field trip with his 10 year old's class at Jean Gordon Elementary School.

2. Mover therefore requests that the preliminary hearing be rescheduled ~~to another date convenient to the court~~ And is ReSET for April 18, 2000 at 11:00 AM.

New Orleans, La., this the 6 day of April, 2000.

_____
DISTRICT COURT JUDGE

Respectfully Submitted:

_____
John-Michael Lawrence   (8143)
A Professional Law Corp.
Energy Center - Suite 2900
1100 Poydras Street
New Orleans, La. 70163-2900
(504) 585-7797

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by **MAIL** on April 5, 2000.

_____