```
                    FILED
              U.S. DISTRICT COURT
              EASTERN DISTRICT LA

              2000 MAY -1  P 4: 17

              LORETTA G. WHYTE
```

MINUTE ENTRY
McNAMARA, CHIEF JUDGE
MAY 1, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P., ANDREW R. LEE, ESQ., THOMAS C. KELLER, ESQ., JOHN DOE, JANE DOE, and ABC INSURANCE COMPANY | * | SECTION: "D"(5) |

Before the court is a **"Motion for Reconsideration and Request for Oral Argument on Petitioner's Motion for Remand to State Court"** filed by Plaintiff, Ann R. Moham. Defendants, Jones, Walker, Waechter Poitevent, Carrere & Denegre, L.L.P., et al. ("Jones Walker"), have filed a memorandum in opposition. The motion is set for hearing on Wednesday, May 3, 2000. Plaintiff's request for oral argument is **denied**.

Having considered the memoranda of counsel and the applicable law, the court finds that Plaintiff's Motion for Reconsideration is without merit. Plaintiff again relies on the Fifth Circuit's decision in <u>Avitts v. Amoco Production, Co.</u>, 53 F.3d 690 (5th Cir.

DATE OF ENTRY
MAY 2 - 2000

1995). In that case, the court found that the plaintiff's "oblique reference" to federal law in his complaint was insufficient to support federal question jurisdiction.[1]

However, as explained in this court's Minute Entry of March 28, 2000, this court determined that in this case, Plaintiff's reference to federal law was not an "oblique reference."[2] Further, this court determined that Plaintiff had attempted to manipulate the forum.[3]

Plaintiff's Motion for Reconsideration provides no new information to justify reconsideration.

Accordingly;

IT IS ORDERED that Plaintiff's Motion for Reconsideration be and is hereby **DENIED**.

\*   \*   \*   \*

---

[1] Avitts, 53 F.3d at 693.

[2] See Minute Entry of March 28, 2000, document # 8 at p.3.

[3] Id. at p. 4.