```
                                          FILED
                                     U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                    2000 AUG 16  PM 2:58

                                     LORETTA G. WHYTE
                                          CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
AUGUST 11, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANN R. MOHAM | CIVIL ACTION |
| VERSUS | NUMBER: 00-0382 |
| JONES, WALKER, WAECHTER, POITEVANT, CARRERE & DENEGRE, L.L.P., ET AL. | SECTION: "D"(5) |

Oral argument on plaintiff's Motion to Compel Answers to Petitioner's First Interrogatories, Production Requests and Requests for Admissions will be conducted on August 30, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

ALC
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
AUG 16 2000

Doc.No. 18