

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | |
| | * | CIVIL ACTION |
| versus | * | |
| | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, | * | |
| CARRERE & DENEGRE, L.L.P., ANDREW | * | SECTION "D" |
| R. LEE, ESQ., THOMAS C. KELLER, ESQ., | * | |
| JOHN DOE, JANE DOE, and ABC INSURANCE | * | MAGISTRATE 5 |
| COMPANY | * | |

---

## EX PARTE MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

---

Defendants, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., Andrew R. Lee, and Thomas C. Keller (hereinafter collectively referred to as "Defendants"). On August 22, 2000, Defendants filed their Statement of Uncontested Material Facts in connection with their Motion for Summary Judgment. Upon review of the conformed document, Defendants discovered that Page 2 of the Statement of Uncontested Material Facts was inadvertently omitted from the submission to this Court. The facts set forth on Page 2 of the Statement of Uncontested Material Facts are identical

N0554882.1

DATE OF ENTRY
SEP 1 2000



to those in the Affidavit of Robbi Baham, which was also filed on August 22. As a matter of formality, however, Defendants respectfully request leave to supplement the record with Page 2 of the Statement of Uncontested Material Facts.

**WHEREFORE**, the Defendants, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., Andrew R. Lee, and Thomas C. Keller respectfully request that this Court grant their Motion for Leave to Supplement the Record and execute the attached Order permitting same.

                              Respectfully submitted,

                              *[signature: Jennifer L. Anderson]*
                              H. Mark Adams, T.A. (#2318)
                              Jennifer L. Anderson (#23620)
                              **Jones, Walker, Waechter, Poitevent,**
                                  **Carrere & Denegre, L.L.P.**
                              201 St. Charles Avenue, 47th Floor
                              New Orleans, Louisiana 70170-5100
                              Telephone: (504) 582-8000
                              Facsimile: (504) 582-8015
                              *Attorneys for Defendants Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., Andrew R. Lee and Thomas C. Keller*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all known counsel of record and unrepresented parties by depositing same with the United States Postal Service properly addressed and postage prepaid on this 30th day of August, 2000, in New Orleans, Louisiana.

                              *[signature: Jennifer L. Anderson]*

N0554882.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | |
| | * | CIVIL ACTION |
| versus | * | |
| | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, | * | |
| CARRERE & DENEGRE, L.L.P., ANDREW | * | SECTION "D" |
| R. LEE, ESQ., THOMAS C. KELLER, ESQ., | * | |
| JOHN DOE, JANE DOE, and ABC INSURANCE | * | MAGISTRATE 5 |
| COMPANY | * | |

### O R D E R

Considering the foregoing motion;

**IT IS HEREBY ORDERED**, that leave is granted to Defendants, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., Andrew R. Lee, and Thomas C. Keller, to supplement the record with Page 2 of Defendants' Statement of Uncontested Material.

**THUS DONE AND SIGNED**, this ___ day of August, 2000, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE

N0554882.1

1.

Jones Walker hired plaintiff, Ann R. Moham ("Moham"), on July 17, 1997, as a legal secretary.[1]

2.

In accordance with Jones Walker's policy and practice, all legal secretaries are considered for a pay increase on an annual basis during the anniversary month of each individual legal secretary's hire.[2]

3.

The last time on which Moham was considered for a pay increase in accordance with Jones Walker's policy and practice was during the month of July, 1998.[3]

4.

Jones Walker terminated Moham's employment on April 29, 1999.[4]

5.

Moham instituted this litigation in state court on December 1, 1999.

---

[1] Affidavit of Robbi Baham dated August 22, 2000 (Exhibit A).

[2] Id.

[3] Id.

[4] Id.