```
                                            FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2000 SEP -1 PM 10: 44

                                            LORETTA G. WHYTE
                                                CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
AUGUST 30, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANN R. MOHAM | CIVIL ACTION |
| VERSUS | NUMBER: 00-382 |
| JONES, WALKER, WAECHTER, POITEVENT CARRERE & DENEGRE, L.L.P., ET AL. | SECTION: "D"(5) |

### HEARING ON MOTION

APPEARANCES:   John-Michael Lawrence
               Jennifer Lawrence

MOTION:

(1) Plaintiff's Motion to Compel Answers to First Set of Interrogatories, Production Requests, and Requests for Admissions

_____ : Continued to

_____ : No Opposition

\_\_1\_\_ : Opposition

DATE OF ENTRY
SEP 1 2000

_____ :  Local Rules 37.1E, 33.2, 36.1, 7.1E

ORDERED

_____ :  Dismissed as moot.

_____ :  Dismissed for failure of counsel to appear.

_____ :  Granted.

_____ :  Denied.

_____ :  Other.    The Court pretermits ruling on the Interrogatories and Requests for Admissions at issue pending the Rule 30(b)(6) deposition of Jones, Walker. As for Request for Production of Documents No. 3, defendants are to produce all non-privileged materials responsive to subparts 1 to 10 for plaintiff herself for the time period of January, 1997 through April of 1999. Defendants are to also produce all non-privileged materials responsive to subpart 7 for legal secretaries in the section where plaintiff worked for the same time frame. Any materials withheld on the basis of privilege are to be identified in a privilege log. This is to be accomplished within ten (10) days. The Court is to be notified by September 1, 2000 of any problems that may arise in terms of production.

Plaintiff is to make a formal settlement demand upon defendants.

*(signature)*

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE