

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | |
| | * | CIVIL ACTION |
| versus | * | |
| | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, | * | |
| CARRERE & DENEGRE, L.L.P., ANDREW | * | SECTION "D" |
| R. LEE, ESQ., THOMAS C. KELLER, ESQ., | * | |
| JOHN DOE, JANE DOE, and ABC INSURANCE | * | MAGISTRATE 5 |
| COMPANY | * | |

## EX PARTE MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

**NOW INTO COURT**, through undersigned counsel, come Defendants, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., Andrew R. Lee, and Thomas C. Keller (hereinafter collectively referred to as "Defendants"), and respectfully request permission from this Honorable Court to file the attached Reply Memorandum in connection with their Motion for Summary Judgment regarding plaintiff's wage disparity claim for the following reasons:



DATE OF ENTRY
SEP 7 2000

N0556389.1



1.

Defendants filed their Motion for Summary Judgment and supporting pleadings and evidence on August 22, 2000.

2.

Defendants' Motion is set for hearing on September 6, 2000, on the basis of the record and without oral argument unless otherwise ordered by the Court.

3.

Pursuant to Local Rule 7.5E, plaintiff's opposition was due on or before August 29, 2000. Additionally, Local Rule 7.5E requires the opposition memorandum to be "in the hands of the judge who will hear the motion no later than the day such memorandum is due to be filed."

4.

Plaintiff failed to file her opposition within the time required by the Local Rules or request an extension of time to do so. On September 1, 2000, the Friday before the holiday weekend, counsel for Defendants received a copy of plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment and Affidavit.

5.

In addition to being untimely, plaintiff's opposition contains a multitude of factual and legal errors that warrant reply.

6.

However, due to plaintiff's untimely filing and the holiday weekend, September 5 was the earliest possible date by which Defendants' Reply Memorandum could be filed.

7.

Therefore, Defendants request that this Court grant them permission to file the attached Reply Memorandum on this date as a result of plaintiff's untimely opposition and erroneous factual and legal arguments.

8.

Defendants assure this Court that the attached Reply Memorandum will not result in prejudice to plaintiff or unnecessary delay, but instead has been necessitated by plaintiff's own omissions and will aid the Court in deciding the issues now before it.

**WHEREFORE**, Defendants respectfully request that this Court grant them permission to file the attached Reply Memorandum into the record of this action.

Respectfully submitted,

*Jennifer L. Anderson*
H. Mark Adams, T.A. (#2318)
Jennifer L. Anderson (#23620)
**Jones, Walker, Waechter, Poitevent,
    Carrere & Denegre, L.L.P.**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
*Attorneys for Defendants, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., Andrew R. Lee and Thomas C. Keller*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all known counsel of record and unrepresented parties by depositing same with the United States Postal Service properly addressed and postage prepaid on this 5th day of September, 2000, in New Orleans, Louisiana.

*Jennifer L Anderson*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | |
| | * | CIVIL ACTION |
| versus | * | |
| | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, | * | |
| CARRERE & DENEGRE, L.L.P., ANDREW | * | SECTION "D" |
| R. LEE, ESQ., THOMAS C. KELLER, ESQ., | * | |
| JOHN DOE, JANE DOE, and ABC INSURANCE | * | MAGISTRATE 5 |
| COMPANY | * | |

## ORDER

Considering the Foregoing Motion:

**IT IS HEREBY ORDERED** that Defendants, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., Andrew R. Lee, and Thomas C. Keller are granted permission to file the attached Reply Memorandum into the record of this action.

New Orleans, Louisiana. This _5_ day of September, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE

N0556389.1

5