

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | |
| | * | CIVIL ACTION |
| versus | * | |
| | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, | * | |
| CARRERE & DENEGRE, L.L.P., ANDREW | * | SECTION "D" |
| R. LEE, ESQ., THOMAS C. KELLER, ESQ., | * | |
| JOHN DOE, JANE DOE, and ABC INSURANCE | * | MAGISTRATE 5 |
| COMPANY | * | |

## MOTION TO STAY DISCOVERY RULING
## AND FOR EXPEDITED HEARING

**NOW INTO COURT**, through undersigned counsel, come Defendants, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., Andrew R. Lee, and Thomas C. Keller (hereinafter collectively referred to as "Defendants"), and respectfully request that the discovery ruling entered September 1, 2000, be stayed pending resolution of Defendants' appeal of same for the following reasons:

N0561847.1

DATE OF ENTRY
SEP 2 2 2000

1.

Following a hearing on plaintiff's Motion to Compel, Magistrate Judge Chasez entered an order on September 1, 2000, requiring Defendants to produce certain information enumerated therein.

2.

Defendants received notice of the ruling on September 5, 2000.

3.

Defendants intend to appeal the September 1 ruling, which appeal is to be filed on or before September 19, 2000, in accordance with 28 U.S.C. § 636(b)(1) and Local Rule 74.1E.

4.

The grounds for Defendants' opposition to the discovery at issue, and consequently for the appeal of the September 1 ruling, include, among others, the following:

1. The information sought is not likely to lead to the discovery of admissible evidence; and

2. The nonprivileged documents sought and the corresponding privilege log would impose an undue burden on Defendants.

5.

Based on the nature of the information at issue and Defendants' corresponding objections, a stay of the September 1 discovery ruling pending resolution of the issues on appeal is necessary to protect Defendants' interests. Defendants will be prejudiced by having to provide such sensitive information before the District Court Judge has an opportunity to consider the propriety of the September 1 ruling.

6.

Furthermore, the requested stay will not prejudice plaintiff.

**WHEREFORE**, Defendants respectfully request that its motion to stay the September 1 discovery ruling be granted pending resolution of Defendants' appeal of same.

Respectfully submitted,

*/s/ Jennifer L. Anderson*

H. Mark Adams, T.A. (#2318)
Jennifer L. Anderson (#23620)
**Jones, Walker, Waechter, Poitevent,
    Carrere & Denegre, L.L.P.**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
*Attorneys for Defendants, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., Andrew R. Lee and Thomas C. Keller*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all known counsel of record and unrepresented parties by depositing same with the United States Postal Service properly addressed and postage prepaid on this 15th day of September, 2000, in New Orleans, Louisiana.

*/s/ Jennifer L. Anderson*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | |
| | * | CIVIL ACTION |
| versus | * | |
| | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, | * | |
| CARRERE & DENEGRE, L.L.P., ANDREW | * | SECTION "D" |
| R. LEE, ESQ., THOMAS C. KELLER, ESQ., | * | |
| JOHN DOE, JANE DOE, and ABC INSURANCE | * | MAGISTRATE 5 |
| COMPANY | * | |

## ORDER

Considering the Foregoing Motion for Expedited Hearing:

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay will be considered by this Court on the 20th day of September, 2000, at 1:45 p.m. ~~and that any opposition to the motion be filed on or before the ____ day of _____, 2000.~~

New Orleans, Louisiana. This 20 day of September, 2000.

_____ A.C.
UNITED STATES MAGISTRATE JUDGE

N0561847.1                                     4