

```
MINUTE ENTRY
CHASEZ, M.J.
September 20, 2000
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANN R. MOHAM | CIVIL ACTION |
| VERSUS | NUMBER: 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P., ET AL. | SECTION: "D"(5) |

**HEARING ON MOTION**

APPEARANCES:   Jennifer Lawrence, John-Michael Lawrence

MOTION:

(1)  Defendants' Motion to Stay Discovery Ruling (expedited)

_____:   Continued to

_____:   No Opposition

_____:   Opposition

_____:   Local Rules 37.1E, 33.2, 36.1, 7.1E

DATE OF ENTRY
SEP 2 2 2000

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

\_\_1\_\_ :   Other.  The date for complying with the Court's minute entry of August 30, 2000 is hereby extended to October 4, 2000.

```
                          _____
                                  ALMA L. CHASEZ
                          UNITED STATES MAGISTRATE JUDGE
```