```
                                              FILED
                                       U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA

                                     2000 SEP 29  PM 4:22

                                       LORETTA G. WHYTE
                                            CLERK
```

**MINUTE ENTRY**
**CHASEZ, M.J.**
**September 27, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANN R. MOHAM | CIVIL ACTION |
| VERSUS | NUMBER: 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P., ET AL. | SECTION: "D"(5) |

### HEARING ON MOTION

APPEARANCES:

MOTION:

(1) Plaintiff's Motion for Contempt and Sanctions for Failure to Follow Orders of the Court (scheduled for October 4, 2000).

_____ :  Continued to

_____ :  No Opposition

\_\_1\_\_ :  Opposition

_____ :  Local Rules 37.1E, 33.2, 36.1, 7.1E

```
DATE OF ENTRY
OCT 2 2000
```

```
_Fee_____
_Process__
X Dktd____
_CtRmDep__
_Doc.No.30
```

## ORDERED

__1__ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

_____ :   Other.


                                        ALMA L. CHASEZ
                            UNITED STATES MAGISTRATE JUDGE