FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT -5 AM 11: 24

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
McNAMARA, CHIEF JUDGE
OCTOBER 5, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P., ET AL | * | SECTION: "D"(5) |

Before the court are the **"Objections to Magistrate Judge's Discovery Order"** filed by Defendants, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., Andrew R. Lee, and Thomas C. Keller. No memorandum in opposition was filed. The Objections, set for hearing on Wednesday, October 4, 2000, are before the court on briefs, without oral argument.

Having reviewed the memorandum of Defendants' counsel, the record and the applicable law, the court finds that the Magistrate Judge's ruling (Doc. No. 23) is neither clearly erroneous nor contrary to law. The Magistrate Judge's ruling substantially narrows Plaintiff's Request for Production No. 3 by: narrowing the time period of the documents to be produced; limiting the

DATE OF ENTRY
OCT 5 2000



application of sub-parts 1-6 and 8-10 to Plaintiff herself; and limiting sub-part 7 to legal secretaries in the section where Plaintiff worked for the same time-frame. Thus, the court concludes that Defendants will not be unduly burdened in responding to Request for Production No. 3, which as modified by the Magistrate Judge's ruling, is now not overly broad or oppressive, and seeks information reasonably calculated to lead to the discovery of admissible evidence.

Further, the Magistrate Judge ruled that "[a]ny materials withheld on the basis of privilege are to be identified in a privilege log." The court similarly concludes that Defendants will not be unduly burdened in preparing such a log, and that this privilege log will also alleviate Defendants' concern that the Magistrate Judge's ruling does not provide for a confidentiality or protective order. Implicit in the Magistrate Judge's ruling is that production of documents listed on this log will be withheld contingent on review by the Magistrate Judge. Accordingly;

**IT IS ORDERED** that Defendants' **"Objections to Magistrate Judge's Discovery Order"** be and are hereby **OVERRULED**.

**IT IS FURTHER ORDERED** that Defendants comply with the Magistrate Judge's ruling within ten (10) days from the entry of this Minute Entry.

* * * * * *