FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 14  PM 4: 09

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | |
| | * | CIVIL ACTION |
| versus | * | |
| | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, | * | |
| CARRERE & DENEGRE, L.L.P., ANDREW | * | SECTION "D" |
| R. LEE, ESQ., THOMAS C. KELLER, ESQ., | * | |
| JOHN DOE, JANE DOE, and ABC INSURANCE | * | MAGISTRATE 5 |
| COMPANY | * | |

## CONSENT MOTION TO RESCHEDULE TRIAL

**NOW INTO COURT**, through undersigned counsel, come Defendants, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., Andrew R. Lee, and Thomas C. Keller ("Defendants"), and respectfully request that the August 13, 2001, trial date and, if necessary, all corresponding pretrial dates and deadlines be rescheduled to another date on or after August 27, 2001, because Defendants' trial attorney has discovered a scheduling conflict on August 13, 2001. Undersigned counsel has contacted plaintiff's counsel, John-Michael Lawrence, who consents to this motion.

DATE OF ENTRY
DEC 1 8 2000

N0599553.1

Fee_____
Process_____
X /Dktd_____
✓ CtRmDep_____
Doc.No._____

**WHEREFORE**, Defendants respectfully request either (1) that the current trial date and, if necessary, all corresponding pretrial dates and deadlines be rescheduled accordingly or (2) that another preliminary conference be held for such purpose, whichever the Court deems appropriate.

Respectfully submitted,

H. Mark Adams, T.A. (#02318)
Jennifer L. Anderson (#23620)
**Jones, Walker, Waechter, Poitevent,**
  **Carrere & Denegre, L.L.P.**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed this 14th day of December, 2000. New Orleans, Louisiana.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | |
| | * | CIVIL ACTION |
| versus | * | |
| | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, | * | |
| CARRERE & DENEGRE, L.L.P., ANDREW | * | SECTION "D" |
| R. LEE, ESQ., THOMAS C. KELLER, ESQ., | * | |
| JOHN DOE, JANE DOE, and ABC INSURANCE | * | MAGISTRATE 5 |
| COMPANY | * | |

## ORDER

Considering the foregoing Consent Motion to Reschedule Trial;

**IT IS ORDERED** that the Consent Motion to Reschedule Trial *And pretrial* be and hereby is

GRANTED. A TELEPHONE CONFERENCE IS SCHEDULED FOR JANUARY 11, 2001 At 11:30 am to set new dates.

New Orleans, Louisiana, this 14th day of December, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE

N0599553.1                     3