```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                     2001 JUN -8 PM 3:18

                                       LORETTA G. WHYTE
                                             CLERK
```

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | CIVIL DOCKET |
| VS | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVANT, CARRERE & DENEGRE, L.L.P., ET AL | * | SECTION "D" (5) |

* * * * * * * * * * * * * * * * *

## PETITIONER'S WITNESS AND EXHIBIT LIST

NOW COMES PETITIONER, Ann Moham, AND FILES THIS WITNESS AND EXHIBIT LIST IN THE ABOVE CAPTIONED MATTER.

**WITNESSES**

PETITIONER MAY CALL THE FOLLOWING WITNESSES:

1. PETITIONER

2. ALL WITNESSES LISTED IN PETITIONER'S RESPONSES TO DISCOVERY

3. ALL WITNESSES LISTED IN PETITIONER'S DISCOVERY REQUESTS

4. ALL WITNESSES LISTED IN DEFENDANT'S DISCOVERY RESPONSES

5. THOSE WITNESSES DEFENDANT HAS YET TO PRODUCE FOR THE SCHEDULED RULE 30(B)(6) DEPOSITIONS

6. ALL SECRETARIES WHO WORKED FOR DEFENDANT AT THE TIME PETITIONER WORKED FOR DEFENDANT.

1

7. Petitioner will supplement this list after discovery is complete.

Exhibits

1. All exhibits listed in petitioner's responses to discovery

2. All exhibits listed in petitioner's discovery requests

3. All exhibits listed in defendant's discovery responses

4. Those exhibits defendant has yet to produce in discovery and for the scheduled Rule 30(b)(6) depositions

5. Petitioner will supplement this list after discovery is complete.

Respectfully Submitted:

_____
John Michael Lawrence (8143)
A Professional Law Corp.
Energy Center - Suite 2900
1100 Poydras Street
New Orleans, La. 70163-2900
(504) 585-7797

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mail on June 7, 2001

_____