UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 26  P 12:06

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| ANN R. MOHAM | * | CIVIL DOCKET |
| VS | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVANT, CARRERE & DENEGRE, L.L.P., ET AL | * | SECTION "D" (5) |

* * * * * * * * * * * * * * * * *

**MOTION AND MEMORANDUM TO COMPEL DEPOSITION TESTIMONY AND TO RE-URGE PETITIONER'S MOTION TO COMPEL ANSWERS TO FIRST INTERROGATORIES, PRODUCTION REQUESTS AND REQUESTS FOR ADMISSIONS**

NOW INTO COURT, through undersigned counsel, comes petitioner, Ann Moham, and submits this Motion and Incorporated Memorandum to Compel Deposition Testimony and to RE-URGE Petitioner's Motion to Compel Discovery for the following reasons:

# Introduction

Petitioner has scheduled a Rule 30(b)(6) deposition of defendants, as per this Court's order, twice to no avail. Defendant's have repeatedly throughout this action acted to stall, delay, and obstruct discovery in this matter in spite of court orders to cooperate:

1. The initial preliminary conference was held in this matter in Spring of 2000.

2. On May 16, 2000, petitioner propounded to defendants first discovery.

3. On or about June 28, 2000, nearly two weeks late, petitioner received unsatisfactory answers to discovery.

1

Fee_____
Process____
X Dktd ___16___
✓ CtRmDep___
Doc.No.___24___

4.  On July 18, 2000, petitioner sent correspondence to defendants objecting to defendants' responses, with particularity.

5.  The parties corresponded at least twice in an effort to resolve the discovery disputes, to no avail.

6.  A local rule conference was set for August 3, 2000, and, after said conference, some of the discovery problems were resolved and a Motion to Compel was filed re the rest.

7.  The Motion to Compel was held before this Court on August 30, 2000. The Court ordered defendants to comply with certain narrowly defined discovery within a certain time period, and advised the parties to do a Rule 30(b)(6) deposition after said narrowly defined discovery was supplied, then return to the Magistrate for a determination on the remaining discovery issues that the Magistrate would rule upon after the deposition.

8.  Defendants then filed a Motion to Stay the Magistrate's Ruling and appealed the magistrate's discovery ruling to the District Court on September 15, 2000, alleging that the Magistrate entered an order on September 1, and that defendants received said ruling on September 5, 2000.

9.  On October 5, 2000, the district court upheld the magistrate's order. Thereafter, defendants sent to petitioner a protective order, which petitioner signed.

10. After the protective order was signed, defendants then requested more time to complete the discovery ruled

discoverable by the Magistrate's September 1, 2000, order.

11. On October 23, 2000, defendants alleged that the discovery responses were complete and delivered the discovery to a copier of their choice.

12. Petitioner's paid for and retrieved the discovery from the copier, which was approximately 1500 pages, but still had the Rule 30(b)(6) deposition to do, which was ordered by this Court.

13. Petitioner therefore did not receive the partial answers to discovery, propounded in May 2000, until November 2000. Trial was therefore continued.

14. On October 31, 2000, petitioner requested dates for the Rule 30(b)(6) discovery, and received no response from defendants. (Ex. 1).

15. Again on February 15, 2001, in writing, petitioner requested dates for the Rule 30(b)(6) deposition, and received no response. (Ex. 2)

16. Having received no response to two written and at least one verbal requests for deposition dates, petitioner, on March 19, 2001, noticed the 30(b)(6) deposition for April 25, 2001. (Ex. 3)

17. Predictably, defendants waited until April 12, 2001, to object to the April 25th date.  On April 13, 2001, petitioner responded and requested a conference to re-set a deposition date.  (Ex. 4)

18. The parties held a telephonic conference re deposition dates in mid-April 2001. Defendants agreed to advise of convenient dates in May 2001. The dates discussed were May 14, 15, 16 and other dates. Defense counsel represented that she would promptly advise of which date was convenient.

19. As of May 15, 2001, defense counsel failed to notify as to which date was convenient, therefore, petitioner filed a second notice and letter re scheduling the deposition again, on May 15, 2001. (Ex. 5 and 6) This time, the deposition was set for June 25, 2001.

20. Again, and predictably, defendants waited until June 19, 2001, to again object to the deposition date, claiming "unilateral" scheduling in the face of their refusal to respond to requests for dates, and in the face of their outright intentional misrepresentations that they wish to cooperate to select a date. (Ex. 7)

**ARGUMENT**

Defendants are clearly using the tactic of delay, delay, delay. And while they write letters accusing petitioner's of "unilateral" scheduling, the record shows that this allegation is simply a cheap perfume being used to cover up their intentional refusal to cooperate with discovery. The allegation in exhibit 7 that defendants made numerous requests to depose petitioner is simply false, is irrelevant to the issue at hand, and the cheap

perfume does not hide the odor.

Petitioner therefore requests that this Court order defendants to comply with this Court's order and submit to a Rule 30(b)(6) deposition on a date certain, with the failure to do so subjecting them to severe sanctions, or, alternatively, grant petitioner's previously filed Motion to Compel Discovery.

Respectfully Submitted:

_____
John-Michael Lawrence   (8143)
A Professional Law Corp.
Energy Center - Suite 2900
1100 Padres Street
New Orleans, La. 70163-2900
(504) 585-7797

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by **MAIL** to each properly addressed and postage prepaid on June 19, 2001.

_____

## LOCAL RULE 37.1 CERTIFICATE

I certify that I have met and conferred with Defense Counsel and have not been able to resolve the discovery issues contained in the attached Motion and Memorandum to Compel Discovery.

_____

| | |
|---|---|
| JOHN-MICHAEL LAWRENCE<br>A PROFESSIONAL LAW CORPORATION<br>ATTORNEY AT LAW - NOTARY | ENERGY CENTRE SUITE 2900<br>1100 POYDRAS STREET<br>NEW ORLEANS, LOUISIANA 70163-2900<br>(504) 585-7797<br>FAX  (504) 585-7376 |

OCTOBER 31, 2000

FAX : 582-8583
REGULAR MAIL
MS. JENNIFER ANDERSON
JONES, WALKER
201 ST. CHARLES AVE. - SUITE 5100
NEW ORLEANS, LA. 70170-8000

RE:  ANN R. MOHAM VS JONES, WALKER, WAECHTER, POITEVANT, CARRERE
&  DENEGRE, L.L.P., ET AL
EDLA NO. 00-0382 SECTION "D" (5)

DEAR JENNIFER:

Your originals are ready at your copy center. I will pick up the copies tomorrow morning, and subsequently contact you re the 30(b)(6) deposition. Obviously, I was not expecting you to deliver your originals to my office; I was expecting copies and a bill.

Finally, given the time discovery has taken so far, a am anticipating a Motion to Continue deadlines and trial date. Please advise as to opposition or no opposition so that I may make the appropriate statement in the motion.

With best regards,


JOHN-MICHAEL LAWRENCE

cc: Ann Moham

1

2/15/01

| | |
|---|---|
| JOHN-MICHAEL LAWRENCE<br>A PROFESSIONAL LAW CORPORATION<br>ATTORNEY AT LAW - NOTARY | ENERGY CENTRE SUITE 2900<br>1100 POYDRAS STREET<br>NEW ORLEANS, LOUISIANA<br>70163-2900<br>(504) 585-7797<br>FAX  (504) 282-5698 |

<u>FAX AND MAIL: 582-8583</u>

MS. JENNIFER ANDERSON
JONES, WALKER
201 ST. CHARLES AVE. - SUITE 5100
NEW ORLEANS, LA. 70170-8000

RE: ANN R. MOHAM VS JONES, WALKER, WAECHTER, POITEVANT, CARRERE & DENEGRE, L.L.P., ET AL
EDLA NO. 00-0382 SECTION "D" (5)

DEAR MS. ANDERSON:

I WOULD LIKE TO TAKE THE DEPOSITION OF JONES WALKER'S 30(B)(6) PERSON IN MID TO LATE MARCH. PLEASE PROVIDE AVAILABLE DATES AT YOUR EARLIEST CONVENIENCE.

WITH BEST REGARDS,


JOHN-MICHAEL LAWRENCE

CC: ANN MOHAM

1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | CIVIL DOCKET |
| VS | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVANT, CARRERE & DENEGRE, L.L.P., ET AL | * | SECTION ❋D❋ (5) |

* * * * * * * * * * * * * * * *

**NOTICE OF DEPOSITION UNDER FRCP 30(b)(6)**

TO:  JONES, WALKER, WAECHTER, POITEVANT, CARRERE $ DENEGRE
     (through their attorney of record)
     Ms. Jennifer Anderson
     Jones, Walker
     201 St. Charles Ave. - Suite 5100
     New Orleans, La. 70170-8000

   PLEASE TAKE NOTICE that petitioner will take the deposition of the individual whose name is listed below upon oral examination before a Notary Public or some other person authorized by law to take depositions, for all purposes:

DEPONENT:  JONES, WALKER, WAECHTER, POITEVANT, CARRERE $ DENEGRE (Personnel designated under FRCP 30(b)(6))
DATE:      APRIL 25, 2000      TIME:            10:00 a.m.
PLACE:     NEW ORLEANS CORPORATE OFFICES OF DEFENDANT, JONES, WALKER, 201 St. Charles Ave. - Suite 5100, New Orleans, La. 70170-8000

at which time and place you are hereby notified to appear and take part in any such manner as you deem fit.

   **THIS DEPOSITION IT BEING TAKEN UNDER FRCP 30(b)(6), AND YOU ARE NOTIFIED AS PER FRCP 30(b)(6) THAT THE MATTERS ON WHICH THIS EXAMINATION IS REQUESTED HAVE BEEN REASONABLY PARTICULARIZED IN ATTACHMENT ONE (1) OF THIS NOTICE. FURTHER TO FRCP 30(b)(6), YOU ARE REQUIRED TO DESIGNATE ONE OR MORE OFFICERS, DIRECTORS, OR MANAGING AGENTS, OR OTHER PERSONS WHO CONSENT TO TESTIFY ON CORPORATE DEFENDANT'S BEHALF, AND TO DESIGNATE THE MATTERS ON WHICH SAID PERSON WILL TESTIFY.**

1

Respectfully Submitted:

_____
John-Michael Lawrence   (8143)
A Professional Law Corp.
Energy Center - Suite 2900
1100 Poydras Street
New Orleans, La. 70163-2900
(504) 585-7797

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by **MAIL** to each properly addressed and postage prepaid on March 19, 2001.

_____

JOHN-MICHAEL LAWRENCE
A PROFESSIONAL LAW CORPORATION
ATTORNEY AT LAW - NOTARY

ENERGY CENTRE SUITE 2900
1100 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70163-2900
(504) 585-7797
FAX (504) 282-5698

APRIL 13, 2001

FAX : 582-8583
REGULAR MAIL
MS. JENNIFER ANDERSON
JONES, WALKER
201 ST. CHARLES AVE. - SUITE 5100
NEW ORLEANS, LA. 70170-8000

RE: ANN R. MOHAM VS JONES, WALKER, ET AL
    EDLA NO. 00-0382 SECTION "D" (5)

DEAR MS. ANDERSON:

I AM IN RECEIPT OF YOURS OF APRIL 12, 2001. THE ONLY REASON THE DEPOSITION WAS SET WITHOUT YOUR IN PUT IS BECAUSE YOU FAILED OR REFUSED TO RESPOND TO WRITTEN REQUESTS TO SET A DATE. THIS IS NO DOUBT BY DESIGN AND IN LINE WITH YOUR DELAY TACTICS EVIDENT THROUGHOUT THIS LITIGATION. AS TO THE SCOPE OF THE DEPOSITION, THE COURT SUGGESTED A 30(B)(6) DEPOSITION TO COVER ALL MATTERS REQUESTED. THE COURT DID NOT LIMIT THE AREAS IN THE INITIAL DISCOVERY REQUESTS FOR THE 30(B)(6).

IF YOU WISH TO INSTRUCT YOUR CLIENT NOT TO RESPOND, WE CAN SIMPLY TAKE THAT UP WITH THE COURT AFTER THE DEPOSITION IS TAKEN. SINCE YOU ARE NOW AT THE TABLE TO DISCUSS DATES, AS PREVIOUSLY REQUESTED, WE CAN DISCUSS A DATE TO DO BOTH DEPOSITIONS WITH THE CAVEAT THAT WE TAKE YOUR CLIENT'S DEPOSITION FIRST SINCE IT WAS NOTICED FIRST. I WILL BE AVAILABLE ON MY CELL PHONE FOR THE MONDAY CONFERENCE: 432-7763.

WITH BEST REGARDS,

JOHN-MICHAEL LAWRENCE
CC: ANN MOHAM

1

JOHN-MICHAEL LAWRENCE  
A PROFESSIONAL LAW CORPORATION  
ATTORNEY AT LAW - NOTARY

ENERGY CENTRE SUITE 2900  
1100 POYDRAS STREET  
NEW ORLEANS, LOUISIANA 70163-2900  
(504) 585-7797  
FAX (504) 282-5698

MAY 15, 2001

FAX : 582-8583  
REGULAR MAIL  
MS. JENNIFER ANDERSON  
JONES, WALKER  
201 ST. CHARLES AVE. - SUITE 5100  
NEW ORLEANS, LA. 70170-8000

RE:   ANN R. MOHAM VS JONES, WALKER, ET AL  
      EDLA NO. 00-0382 SECTION "D" (5)

DEAR MS. ANDERSON:

Enclosed is a second 30(b)(6) deposition notice. This deposition was set once and postponed so that you could check with the deponees for other dates. You were to get back to me with dates in May, targeting particularly the 14th and 15th. I have not heard from you with new dates as of this date. You also agreed to send a letter to me with objections to the subject matter of the deposition and said letter has not been received. I therefore have no choice but to move this matter forward. Any further change in scheduling of the depositions will have to be done with the Court's intervention.

With best regards,

John-Michael Lawrence

cc: Ann Moham

1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | CIVIL DOCKET |
| VS | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVANT, CARRERE & DENEGRE, L.L.P., ET AL | * | SECTION D (5) |

* * * * * * * * * * * * * * * * * *

**NOTICE OF DEPOSITION UNDER FRCP 30(b)(6)**

TO:  JONES, WALKER, WAECHTER, POITEVANT, CARRERE $ DENEGRE
     (through their attorney of record)
     Ms. JENNIFER ANDERSON
     JONES, WALKER
     201 ST. CHARLES AVE. - SUITE 5100
     NEW ORLEANS, LA. 70170-8000

PLEASE TAKE NOTICE that petitioner will take the deposition of the individual whose name is listed below upon oral examination before a Notary Public or some other person authorized by law to take depositions, for all purposes:

DEPONENT:   JONES, WALKER, WAECHTER, POITEVANT, CARRERE $ DENEGRE (Personnel designated under FRCP 30(b)(6))
DATE:       JUNE 25, 2001           TIME:           10:00 a.m.
PLACE:      NEW ORLEANS CORPORATE OFFICES OF DEFENDANT, JONES, WALKER, 201 ST. CHARLES AVE. - SUITE 5100, NEW ORLEANS, LA. 70170-8000

at which time and place you are hereby notified to appear and take part in any such manner as you deem fit.

**THIS DEPOSITION IT BEING TAKEN UNDER FRCP 30(b)(6), AND YOU ARE NOTIFIED AS PER FRCP 30(b)(6) THAT THE MATTERS ON WHICH THIS EXAMINATION IS REQUESTED HAVE BEEN REASONABLY PARTICULARIZED IN ATTACHMENT ONE (1) OF THIS NOTICE. FURTHER TO FRCP 30(b)(6), YOU ARE REQUIRED TO DESIGNATE ONE OR MORE OFFICERS, DIRECTORS, OR MANAGING AGENTS, OR OTHER PERSONS WHO CONSENT TO TESTIFY ON CORPORATE DEFENDANT'S BEHALF, AND TO DESIGNATE THE MATTERS ON WHICH SAID PERSON WILL TESTIFY.**

1

Respectfully Submitted:

_____
John-Michael Lawrence  (8143)
A Professional Law Corp.
Energy Center - Suite 2900
1100 Poydras Street
New Orleans, La. 70163-2900
(504) 585-7797

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by **MAIL AND FAX** to each properly addressed and postage prepaid on May 15, 2001.

_____

2

# JONES WALKER

Jennifer L. Anderson
Direct Dial 504-582-8614
Direct Fax 504-589-8614
janderson@joneswalker.com

June 18, 2001

<u>**VIA FACSIMILE** 505-7376 **282-5698**</u>
<u>**AND REGULAR MAIL**</u>
Mr. John-Michael Lawrence
A Professional Law Corp
Energy Centre - Suite 2900
1100 Poydras Street
New Orleans, Louisiana 70163-2900

Re: *Ann R. Moham v. Jones, Walker, Waechter, Poitevent, Carrere & Denegre,
L.L.P., et al.*, USDC, EDLA No. 00-0382, Section "D," Mag. 3
Our File No.: 01676/76945-00

Dear Mr. Lawrence:

This letter concerns your unilateral notice of the 30(b)(6) deposition of Jones Walker to occur on June 25, 2001. If you had inquired in advance about my availability on that date, I would have informed you that I had already made that date available for depositions in another case I am handling and, in fact, have depositions scheduled on June 25-27 in that case. However, in the spirit of cooperation, I am writing to inform you that I am available for depositions in this case during the week of July 9, generally, and July 16 and 17. Additionally, despite my numerous written requests for available dates for plaintiff's deposition, I have yet to receive any response from you. Please advise whether plaintiff is available on one of the dates previously mentioned so I may notice her deposition. I look forward to hearing from you soon.

Very truly yours,

*Jennifer L. Anderson*

Jennifer L. Anderson

JLA/mab
cc: Mr. H. Mark Adams

---

JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE L.L.P.

201 ST CHARLES AVENUE • NEW ORLEANS, LOUISIANA 70170-5100 • 504-582-8000 • FAX 504-582-8583 • E-MAIL info@joneswalker.com • www.joneswalker.com

BATON ROUGE    LAFAYETTE    NEW ORLEANS    WASHINGTON, DC

N0684096.1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | CIVIL DOCKET |
| VS | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVANT, CARRERE & DENEGRE, L.L.P., ET AL | * | SECTION "D" (5) |

* * * * * * * * * * * * * * * * *

**NOTICE OF HEARING ON MOTION TO COMPEL DEPOSITION TESTIMONY**

TO:  TO: JONES, WALKER, WAECHTER, POITEVANT, CARRERE & DENEGRE,
     L.L.P., ET AL
     (Through their attorneys of record)
     H. Mark Adams and Jennifer Anderson
     201 St. Charles Ave. - Suite 5100
     New Orleans, La. 70170-8000

PLEASE TAKE NOTICE that the undersigned will bring for hearing before the Honorable Magistrate Alma Chasez petitioner's attached

**MOTION TO COMPEL DEPOSITION TESTIMONY**

on the ____ day of _____, 2001, at ___ o'clock am.

Respectfully Submitted:

_____
John-Michael Lawrence (8143)
A Professional Law Corp.
Energy Center - Suite 2900
1100 Padres Street
New Orleans, La. 70163-2900
(504) 585-7797

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by **MAIL** to each properly addressed and postage prepaid on June 19, 2001

_____

6

<u>LOCAL RULE 37.1 CERTIFICATE</u>

I certify that I have met and conferred with Defense Counsel and have not been able to resolve the discovery issues contained in the attached Motion and Memorandum to Compel Discovery.

_____