UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | CIVIL DOCKET |
| VS | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVANT, CARRERE & DENEGRE, L.L.P., ET AL | * | SECTION "D" (5) |

* * * * * * * * * * * * * * * * *

**MOTION FOR EXPEDITED HEARING
ON MOTION TO COMPEL DEPOSITION TESTIMONY**

NOW COMES PETITIONER, through undersigned counsel, and moves this Court for an Expedited Hearing on petitioner's Motion to Compel Deposition Testimony for the following reasons:

1. As seen in the statements of facts of the introduction to Petitioner's Motion and Incorporated Memorandum to Compel Deposition Testimony, defendants have continually delayed discovery in this matter and delayed the execution of this Court's order to submit to a Rule 30(b)(6) deposition.

2. Petitioner refers to the Motion attached by reference, and requests a hearing before this Court on or before June 29, 2001, in this matter to circumvent further delay by defendants, which, as seen in the attached memorandum and exhibits, has become their intentional method of operation.

1

Considering the foregoing,

IT IS HEREBY ORDERED, that an Expedited Hearing be held in this matter on the ____ day of June, 2001, at ___ o'clock __.m., for the following reasons:

    1. As seen in the statements of facts of the introduction to Petitioner's Motion and Incorporated Memorandum to Compel Deposition Testimony, defendants have continually delayed discovery in this matter and delayed the execution of this Court's order to submit to a Rule 30(b)(6) deposition.

    2. Petitioner refers to the Motion attached by reference, and requests a hearing before this Court on or before June 29, 2001, in this matter to circumvent further delay by defendants, which, as seen in the attached memorandum and exhibits, has become their intentional method of operation.

New Orleans, Louisiana, this the ____ day of June, 2001.

---

UNITED STATES MAGISTRATE

Respectfully Submitted:

_____
John-Michael Lawrence   (8143)
A Professional Law Corp.
Energy Center - Suite 2900
1100 Padres Street
New Orleans, La. 70163-2900
(504) 585-7797

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing pleading has been served upon counsel for all parties by **MAIL** to each properly addressed and postage prepaid on June 19, 2001

_____

## LOCAL RULE 37.1 CERTIFICATE

    I certify that I have met and conferred with Defense Counsel and have not been able to resolve the discovery issues contained in the attached Motion and Memorandum to Compel Discovery.

_____