```
                                            FILED
                                      U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                      2001 JUN 26  P 12:06

                                      LORETTA G. WHYTE
                                            CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
JUNE 25, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANN R. MOHAM                                    CIVIL ACTION

VERSUS                                          NUMBER: 00-382

JONES, WALKER, WAECHTER,                        SECTION: "D"(5)
POITEVANT, CARRERE & DENEGRE,
L.L.P., ET AL.


Oral argument on Plaintiff's Motion to Compel Deposition Testimony will be conducted on June 29, 2001 at 11:30 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

                                    _____
                                    ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 2 6 2001