

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 25 PM 3: 47

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | |
| | * | CIVIL ACTION |
| versus | * | |
| | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, | * | |
| CARRERE & DENEGRE, L.L.P., ANDREW | * | SECTION "D" |
| R. LEE, ESQ., THOMAS C. KELLER, ESQ., | * | |
| JOHN DOE, JANE DOE, and ABC INSURANCE | * | MAGISTRATE 5 |
| COMPANY | * | |

### UNCONTESTED MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, come Defendants, Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P., Andrew R. Lee, and Thomas C. Keller ("Defendants"), and respectfully request an order from this Court permitting an extension of time, through June 28, 2001, to file their opposition to Plaintiff's Motion to Compel Deposition Testimony and to Re-Urge Petitioner's Motion to Compel Answers to First Interrogatories, Production Requests and Requests for Admissions, which extension is supported by good cause and unopposed by Plaintiff as explained herein:

N0687362.1

DATE OF ENTRY
JUN 2 9 2001



1.

On or about June 19, 2001, Plaintiff filed her Motion to Compel Deposition Testimony to Re-Urge Petitioner's Motion to Compel Answers to First Interrogatories, Production Requests and Requests for Admissions.

2.

Expedited hearing has been set for June 29, 2001 at 11:30 a.m.

3.

It is necessary for Defendants to have additional time to respond to make the Court aware of additional facts it needs to consider in deciding the motion.

4.

Counsel for Defendants request an extension of time through June 28, 2001, to answer the expedited motion.

5.

Plaintiff's counsel does not oppose the extension requested.

**WHEREFORE**, Defendants, Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P., Andrew R. Lee, and Thomas C. Keller, respectfully request that this Court enter the attached order reflecting the unopposed extension of time through June 28, 2001, for them to file their opposition to Plaintiff's Motion to Compel Deposition Testimony and to Re-Urge Petitioner's Motion to Compel Answers to First Interrogatories, Production Requests and Requests for Admissions.

Respectfully submitted,

_____
H. Mark Adams, T.A. (#02318)
Jennifer L. Anderson (#23620)
**Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by facsimile or by placing same in the United States Mail, postage prepaid and properly addressed this 25th day of June, 2001. New Orleans, Louisiana.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | |
| | * | CIVIL ACTION |
| versus | * | |
| | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, | * | |
| CARRERE & DENEGRE, L.L.P., ANDREW | * | SECTION "D" |
| R. LEE, ESQ., THOMAS C. KELLER, ESQ., | * | |
| JOHN DOE, JANE DOE, and ABC INSURANCE | * | MAGISTRATE 5 |
| COMPANY | * | |

## ORDER

Considering the Foregoing Uncontested Motion for Extension of Time:

**IT IS HEREBY ORDERED** that Defendants, Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P., Andrew R. Lee, and Thomas C. Keller, be granted an extension of time through June 28, 2001, within which to file their opposition to Plaintiff's Motion to Compel Deposition Testimony and to Re-Urge Petitioner's Motion to Compel Answers to First Interrogatories, Production Requests and Requests for Admissions.

New Orleans, Louisiana, this 28 day of June, 2001.

Alma L Chasey
MAgistrate JUDGE

N0687362.1