```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2001 JUL -2 AM 11:19

                                           LORETTA G. WHYTE
                                                CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
JUNE 29, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANN R. MOHAM | CIVIL ACTION |
| VERSUS | NUMBER: 00-382 |
| JONES, WALKER, WAECHTER, POITEVANT, CARRERE & DENEGRE, L.L.P., ET AL. | SECTION: "D"(5) |

### HEARING ON MOTION

**APPEARANCES:**   John-Michael Lawrence, Jennifer Lawrence

**MOTION:**

(1) Plaintiff's Motion to Compel Deposition Testimony and to Re-Urge Plaintiff's Motion to Compel Answers to First Interrogatories, Production Requests and Requests for Admissions

_____ :   Continued to

_____ :   No Opposition

\_\_1\_\_ :   Opposition

DATE OF ENTRY
JUL 2 2001

\_\_\_Fee\_\_\_\_\_
\_\_\_Process\_\_\_
 X  /Dktd
\_\_\_/CtRmDep
     Doc.No.\_\_\_

_____: Local Rules 37.1E, 33.2, 36.1, 7.1E

### ORDERED

_____: Dismissed as moot.

_____: Dismissed for failure of counsel to appear.

_____: Granted.

_____: Denied.

__1__: Other. Plaintiff's deposition is to be taken on July 23, 2001 from 9:00 a.m. until 5:00 p.m. The Rule 30(b)(6) deposition of Jones, Walker is to go forward on July 24 and 25, 2001. The Court is to be notified if the Rule 30(b)(6) deposition is not completed on those two days. If plaintiff's deposition is not completed on July 23, 2001, it can be resumed on July 26, 2001 and is to be concluded that day.

Plaintiff is to respond to the outstanding discovery requests that are the subject of defendants' recently-filed motion to compel within two weeks. Counsel for defendants is to then advise the Court if their motion is moot. A phone conference on the motion will be scheduled if necessary.

*ALC*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE