FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL -3 PM 3:53

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | |
| | * | CIVIL ACTION |
| versus | * | |
| | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, | * | |
| CARRERE & DENEGRE, L.L.P., ANDREW | * | SECTION "D" |
| R. LEE, ESQ., THOMAS C. KELLER, ESQ., | * | |
| JOHN DOE, JANE DOE, and ABC INSURANCE | * | MAGISTRATE 5 |
| COMPANY | * | |

---

## UNOPPOSED MOTION TO EXTEND DEADLINE
## FOR HEARING PRETRIAL MOTIONS

---

**NOW INTO COURT,** through undersigned counsel, come Defendants, Jones, Walker,

Waechter, Poitevent, Carrere & Denegre, L.L.P., Andrew R. Lee, and Thomas C. Keller, and

respectfully request that this Court extend by one week the time for hearing pretrial motions, from

August 22 to August 29, 2001, which extension is not opposed by plaintiff, for the following

reasons:

DATE OF ENTRY

JUL 1 0 2001

N0691687.1



1.

The deadline for hearing pretrial motions is currently scheduled for August 22, 2001, which motions must be filed on or before August 7, 2001.

2.

The pretrial conference is scheduled for September 12, 2001, at 11:00 a.m., and the trial of this action is scheduled for September 24, 2001, at 8:00 a.m.

3.

The parties have been engaged in written discovery and have sought the Court's assistance in resolving certain discovery disputes. The parties' respective depositions are now scheduled for July 23-25.

4.

Undersigned counsel for Defendants is scheduled to attend the ABA annual meeting in Chicago from August 2-8 and has a five-day trial scheduled in the United States District Court for the Western District of Louisiana in Monroe from August 13-17.

5.

Defendants have already obtained summary judgment dismissal of Plaintiff's wage disparity claim. Defendants also anticipate filing a motion for summary judgment regarding the remainder of Plaintiff's claims.

6.

Defendants respectfully request an extension of one week within which to file and have heard all pretrial motions in light of the discovery schedule and undersigned counsel's prior commitments in August of 2001.

7.

Counsel for Defendants has conferred with counsel for Plaintiff regarding the requested extension and counsel for Plaintiff has no objection.

8.

Defendants respectfully submit that the requested extension will not retard the progress of this action or interfere with the other deadlines and trial date currently in effect.

WHEREFORE, Defendants respectfully request that the Court enter the attached order extending the deadline for hearing pretrial motions from August 22 to August 29, 2001.

Respectfully submitted,

*Jennifer L. Anderson*

H. Mark Adams, T.A. (#02318)
Jennifer L. Anderson (#23620)
**Jones, Walker, Waechter, Poitevent,**
   **Carrere & Denegre, L.L.P.**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed this _3rd_ day of July, 2001. New Orleans, Louisiana.

*Jennifer L. Anderson*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

ANN R. MOHAM                                    *
                                                *     CIVIL ACTION
versus                                          *
                                                *     NO. 00-0382
JONES, WALKER, WAECHTER, POITEVENT,             *
CARRERE & DENEGRE, L.L.P., ANDREW               *     SECTION "D"
R. LEE, ESQ., THOMAS C. KELLER, ESQ.,           *
JOHN DOE, JANE DOE, and ABC INSURANCE           *     MAGISTRATE 5
COMPANY                                         *

## ORDER

Considering the foregoing Unopposed Motion to Extend Deadline for Hearing Pretrial Motion:

**IT IS HEREBY ORDERED** that the deadline for hearing pretrial motions, which is currently August 22, 2001, is hereby extended to August 29, 2001. All other deadlines remain in effect.

New Orleans, Louisiana, this ___/___ day of _____July_____, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

N0691687.1