

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | |
| | * | CIVIL ACTION |
| versus | * | |
| | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, | * | |
| CARRERE & DENEGRE, L.L.P., ANDREW | * | SECTION "D" |
| R. LEE, ESQ., THOMAS C. KELLER, ESQ., | * | |
| JOHN DOE, JANE DOE, and ABC INSURANCE | * | MAGISTRATE 5 |
| COMPANY | * | |

### RULE 41(a) JOINT MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, come Plaintiff, Ann R. Moham, and, Defendants, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., Andrew R. Lee, and Thomas C. Keller, and respectfully move this Court pursuant to Federal Rule of Civil Procedure 41(a) to dismiss with prejudice all claims and causes of action, asserted or unasserted, by each party hereto, arising out of the facts forming the subject matter of the captioned proceeding, each party to bear its own costs.



N0699709 1

Respectfully submitted,

_____
John-Michael Lawrence (#8143)
A Professional Law Corp.
Energy Center - Suite 2900
1100 Poydras Street
New Orleans, Louisiana 70163-2900
Telephone: (504) 585-7797
*Attorney for Plaintiff*

_____
H. Mark Adams, T.A. (#02318)
Jennifer L. Anderson (#23620)
**Jones, Walker, Waechter, Poitevent,
   Carrere & Denegre, L.L.P.**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN R. MOHAM | * | |
| | * | CIVIL ACTION |
| versus | * | |
| | * | NO. 00-0382 |
| JONES, WALKER, WAECHTER, POITEVENT, | * | |
| CARRERE & DENEGRE, L.L.P., ANDREW | * | SECTION "D" |
| R. LEE, ESQ., THOMAS C. KELLER, ESQ., | * | |
| JOHN DOE, JANE DOE, and ABC INSURANCE | * | MAGISTRATE 5 |
| COMPANY | * | |

### JUDGMENT

Considering the foregoing Rule 41(a) Joint Motion to Dismiss:

**IT IS HEREBY ORDERED** that all claims and causes of action, asserted or unasserted, by each party hereto, arising out of the facts forming the subject matter of the captioned proceeding, are dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this ____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE

N0699709 1